IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW THIBEAULT<br>　*Plaintiff* | §<br>§<br>§ | |
| V. | §<br>§<br>§<br>§ | CASE NO. _____ |
| ENSCO OFFSHORE LLC, and B.P<br>NORTH AMERICA, INC.<br>　*Defendants* | §<br>§<br>§ | |

# EXHIBIT B

**EXHIBIT B**

2/23/2024 5:35 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 84865197
By: cassie combs
Filed: 2/23/2024 5:35 PM

## CAUSE NO. 2024-11463

| | | |
|---|---|---|
| MATTHEW THIBEAULT<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 190th District Court |
| ENSCO OFFSHORE LLC, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**ON Friday, February 23, 2024 AT 12:29 PM**
CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND for service on ENSCO OFFSHORE LLC c/o Registered Agent CT CORPORATION SYSTEM came to hand.

**ON Friday, February 23, 2024 AT 2:17 PM, I, Tracy Dewayne Edwards, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** ENSCO OFFSHORE LLC c/o Registered Agent CT CORPORATION SYSTEM, by delivering to Intake Specialist: Tierica Williams, authorized to accept service, 1999 BRYAN STREET STE. 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Tracy Dewayne Edwards. My address is 1015 Devonshire Drive South, Forney, TX 75126. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 1872, expires 3/31/2024). My e-mail address is info@easy-serve.com. My date of birth is 9/15/1963. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas COUNTY, TX on Friday, February 23, 2024.

/S/ Tracy Dewayne Edwards

Unofficial Copy Office of Marilyn Burgess District Clerk

Matthew Thibeault

Doc ID: 319743_2

## EXHIBIT B

CAUSE NO. 202411463

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 983527
TRACKING NO: 74292808

| | |
|---|---|
| Plaintiff:<br>THIBEAULT, MATTHEW<br>vs.<br>Defendant:<br>ENSCO OFFSHORE LLC | In The 190th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To:**  ENSCO OFFSHORE LLC (DELAWARE CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFFS ORIGINAL PETITION AND JURY DEMAND

This instrument was filed on February 22, 2024 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on February 23, 2024, under my hand and seal of said court.

| | |
|---|---|
| Issued at the request of:<br>Michael Null<br>5151 SAN FELIPESYE 100<br><br>HOUSTON, TX 77056<br>713-489-1206<br>Bar Number: 24126251 | *Marilyn Burgess*<br>Marilyn Burgess, District Clerk<br>Harris County, Texas<br>201 CAROLINE   Houston Texas 77002<br>(PO Box 4651, Houston, Texas 77210)<br><br>Generated By: CHANDRA LAWSON |

**EXHIBIT B**

2/23/2024 5:34 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 84865177
By: cassie combs
Filed: 2/23/2024 5:34 PM

## CAUSE NO. 2024-11463

| | | |
|---|---|---|
| MATTHEW THIBEAULT<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 190th District Court |
| ENSCO OFFSHORE LLC, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**ON Friday, February 23, 2024 AT 12:29 PM**
CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND for service on B P NORTH AMERICA (COMPANY) c/o Registered Agent CT CORPORATION SYSTEM came to hand.

**ON Friday, February 23, 2024 AT 2:17 PM, I, Tracy Dewayne Edwards, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** B P NORTH AMERICA (COMPANY) c/o Registered Agent CT CORPORATION SYSTEM, by delivering to Intake Specialist: Tierica Williams, authorized to accept service, 1999 BRYAN STREET STE. 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Tracy Dewayne Edwards. My address is 1015 Devonshire Drive South, Forney, TX 75126. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 1872, expires 3/31/2024). My e-mail address is info@easy-serve.com. My date of birth is 9/15/1963. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas COUNTY, TX on Friday, February 23, 2024.

/S/ Tracy Dewayne Edwards

Matthew Thibeault

Doc ID: 319743_1

# EXHIBIT B

Receipt Number: 983527
Tracking Number: 74292809

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202411463

| | |
|---|---|
| PLAINTIFF: THIBEAULT, MATTHEW | In the 190th Judicial |
| vs. | District Court of |
| DEFENDANT: ENSCO OFFSHORE LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: B P NORTH AMERICA (COMPANY) MAY BE SERVED BY SERVING ITS REGISTERED
AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

   Attached is a copy of PLAINTIFFS ORIGINAL PETITION AND JURY DEMAND.

This instrument was filed on February 22, 2024, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 23, 2024.

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CHANDRA LAWSON

Issued at request of:
Michael Null
5151 SAN FELIPE STE 100
HOUSTO, TX 77056
713-489-1206
Bar Number: 24126251

**EXHIBIT B**