IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW THIBEAULT<br>   *Plaintiff* | §<br>§<br>§ | |
| V. | §<br>§ | CASE NO. _____ |
| | §<br>§<br>§ | |
| ENSCO OFFSHORE LLC, and B.P<br>NORTH AMERICA, INC.<br>   *Defendants* | §<br>§<br>§ | |

## **INDEX OF MATTERS BEING FILED**

DEFENDANT'S NOTICE OF REMOVAL:

EXHIBIT A         PLAINTIFF'S ORIGINAL PETITION;

EXHIBIT B         PROOF OF SERVICE;

EXHIBIT C         INDEX OF MATTERS BEING FILED;

EXHIBIT D         STATE COURT DOCKET SHEET;

EXHIBIT E         LIST OF ALL COUNSEL OF RECORD

EXHIBIT F         FLOATING OCS FACILITIES ON THE U.S. OCS;

EXHIBIT G         CIVIL COVER SHEET;

EXHIBIT H         DEFENDANT BP NORTH AMERICA INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Respectfully submitted,

*/s/Kelly C. Hartmann*
Thomas J. Smith
  State Bar No. 00788934
  Federal Bar No. 23773
Kelly C. Hartmann
  State Bar No. 24055631
  Federal Bar No. 777411
Denise N. Lambert
  State Bar No. 24066400
  Federal Bar No. 3479840
Trenton J. Wallis
  State Bar No. 24113454
  Federal Bar No. 3412033

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT,
ENSCO OFFSHORE LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served electronically, by and through the Court approved electronic filing manager, to participating parties, via email and/or via hand delivery, and/or facsimile and/or certified mail, return receipt requested and/or U.S. First Class Mail to all known counsel of record on this 13th day of March 2024, as follows:

*/s/Kelly C. Hartmann*
Thomas J. Smith
Kelly C. Hartmann
Denise N. Lambert
Trenton J. Wallis