IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW THIBEAULT *Plaintiff* | § § § | |
| V. | § § § § § | CASE NO. _____ |
| ENSCO OFFSHORE LLC, and B.P NORTH AMERICA, INC. *Defendants* | § § § | |

# EXHIBIT F

An official website of the United States government    Here's how you know

 

# UNITED STATES COAST GUARD
(http://www.uscg.mil/)

**OPERATIONS HOME (HTTP://WWW.DCO.USCG.MIL/)**  ❯  **OUR ORGANIZATION**  ❯  **ASSISTANT COMMANDANT FOR PREVENTION POLICY (CG-5P) (HTTP://WWW.DCO.USCG.MIL/OUR-ORGANIZATION/ASSISTANT-COMMANDANT-FOR-PREVENTION-POLICY-CG-5P/)**  ❯  **TRAVELING INSPECTOR STAFF (CG-5P-TI) (HTTP://WWW.DCO.USCG.MIL/OUR-ORGANIZATION/ASSISTANT-COMMANDANT-FOR-PREVENTION-POLICY-CG-5P/TRAVELING-INSPECTOR-STAFF-CG-5P-TI/)**  ❯  **OUTER CONTINENTAL SHELF NATIONAL CENTER OF EXPERTISE (HTTP://WWW.DCO.USCG.MIL/OCSNCOE/)**  ❯  **FOF (HTTP://WWW.DCO.USCG.MIL/OCSNCOE/FOF/)**  ❯  **FOF INDEX**



## (/OCSNCOE/)Outer Continental Shelf National Center of Expertise (OCSNCOE)



  

OCSNCOE Site Menu

Additional OCS & Coast Guard-Related Info Menu

Skip to main content (Press Enter).

**EXHIBIT F**

# Floating OCS Facilities on the U.S. OCS

The table below summarizes the current (and past) FOFs on the U.S. OCS. Additional publicly available data



**UNITED STATES COAST GUARD** (https://www.uscg.mil/)

Exchange (PSIX) (https://cgmix.uscg.mil/PSIX/PSIXSearch.aspx). Red font denotes facilities that have been removed, magenta denotes facilities that are in the decommissioning/removal process and green denotes facilities that are under construction. See the Types of FOFs page (https://dco.uscg.mil/OCSNCOE/FOF/Types-of-FOFs/) for additional information on the hull types.

| Thunder | Search by Block Number... | Search by Operator... |

| Search by Hull Type... |

| Facility Name | OCS Block | Owner/Operator | Install Date (BSEE data) | Hull Type | 2022 Vessel Determination |
|---|---|---|---|---|---|
| *Thunder Hawk* | MC 736 | QuarterNorth Energy LLC (Prior Operators: Fieldwood Energy, Noble Energy, Murphy); Owned by SBM Offshore | August 7, 2009 | Semi-Submersible | Non-Vessel |
| *Thunder Horse* | MC 778 | BP Exploration & Production, Inc. | April 1, 2005 | Semi-Submersible | Non-Vessel |

Updated 02Jan2024.

FOIA (http://www.dcms.uscg.mil/Our-Organization/Assistant-Commandant-for-C4IT-CG-6-/The-Office-of-Information-Management-CG-61/FOIA-Library/)
Accessibility (https://www.uscg.mil/access/)
U.S. Department of Homeland Security (https://www.dhs.gov/)
USA.gov (https://www.usa.gov/)

Privacy Policy (https://www.uscg.mil/Discovery/No Fear (https://www.uscg.mil/no_fear/)
DHS Office of Inspector General (https://www.oig.dhs.gov/)

MHS Notice of Privacy Practices (https://www.uscg.mil/hswlsc/)
Whistleblower Protection (https://www.uscg.mil/MilitaryWhistlerBlowerProtectionAct/)
WhiteHouse.gov (https://www.whitehouse.gov/)

Skip to main content (Press Enter).

**EXHIBIT F**