IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW THIBEAULT, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-cv-997 |
| | § | |
| ENSCO OFFSHORE LLC and BP | § | |
| EXPLORATION & PRODUCTION | § | |
| INC., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## JOINT MOTION TO EXTEND CASE DEADLINES AND MODIFY THE COURT'S SECOND AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 11, Plaintiff Matthew Thibeault ("Plaintiff"), Defendants Ensco Offshore LLC ("Ensco") and BP Exploration & Production Inc. ("BPXP") (collectively "Defendants") jointly move to Extend Case Deadlines by ninety (90) days and to Modify the Court's Second Amended Scheduling/Docket Control Order. The parties respectfully show the following:

1.      Plaintiff filed his Original Complaint against Ensco and BP North America Inc. on February 22, 2024, in the 190th Judicial District Court of Harris County, Texas. Ensco removed the case on March 18, 2024. [Dkt. 1]. On September 19, 2024, Plaintiff filed his First Amended Complaint and Jury Demand, wherein he removed BP North America Inc. as a defendant and properly named BPXP. [Dkt. 13]. Ensco filed its Answer to Plaintiff's First Amended Complaint on October 3, 2024, [Dkt. 14], and BPXP filed its Answer on October 15, 2024. [Dkt. 15].

DMS 353223395

2.    The Court entered the parties' Second Amended Scheduling and Docket Control Order [Dkt. 19] on July 9, 2025, setting forth the following deadlines:

| | |
|---|---|
| November 12, 2025 | Plaintiff's Expert Designation Deadline |
| December 9, 2025 | Defendants' Expert Designation Deadline |
| December 30, 2025 | Completion of Discovery |
| January 20, 2026 | Dispositive and Non-Dispositive Motion Deadline |
| January 27, 2026 | Dispositive Response Deadline |
| April 13, 2026 | Pretrial Order and Motion in Limine Deadline |
| April 20, 2026 | Trial at 9:00 a.m. |

3.    Under Fed. R. Civ. P. 16(b)(4), a court can modify a scheduling order upon a showing of good cause. In assessing good cause, a court may consider: "(1) the explanation for the failure to timely comply with the scheduling order; (2) the importance of the modification; (3) potential prejudice in allowing the modification; and (4) the availability of a continuance to cure such prejudice." *Springboards to Educ., Inc. v. Hous. Indep. Sch. Dist.*, 912 F.3d 805, 819 (5th Cir. 2019) (quoting *Meaux Surface Prot., Inc. v. Fogleman*, 607 F.3d 161, 167 (5th Cir. 2010) (cleaned up).

4.    Here, good cause exists to modify the current Scheduling Order by extending all pre-trial deadlines—including expert, discovery, dispositive, and non-dispositive deadlines—by ninety (90) days. An extension is necessary because December 3, 2025, was the earliest date that all parties were available for the deposition of BPXP's Corporate Representative. Once BPXP's Corporate Representative is deposed, the parties will need additional time to designate experts and complete discovery, including any third-party/expert depositions.

5.      To date, the parties have exchanged their written discovery requests and responses, completed the deposition of the Plaintiff, and agreed to engage in settlement negotiations. The parties are presently devoting significant resources to preparing for both the Corporate Representative deposition and settlement negotiations.

6.      Accordingly, the parties would jointly propose the following modified deadlines:

| | |
|---|---|
| February 10, 2026 | Plaintiff's Expert Designation Deadline |
| March 9, 2026 | Defendants' Expert Designation Deadline |
| March 30, 2026 | Completion of Discovery |
| April 20, 2026 | Dispositive and Non-Dispositive Motion Deadline |
| April 27, 2026 | Dispositive Response Deadline |

7.      The parties acknowledge the requested 90-day extension will affect the Joint Pretrial Order and Motion in Limine deadline, as well as the trial date.  The parties respectfully offer the following modified dates:

| | |
|---|---|
| July 13, 2026 | Pretrial Order and Motion in Limine Deadline |
| July 20, 2026 | Trial at 9:00 a.m. |

8.      No prejudice exists to any of the parties in extending the above case deadlines by ninety (90) days. The parties' proposed extension is to preserve the parties' resources as well as the Court's.  Granting the prosed extension will promote judicial economy.

9.      This request is made in good faith and is not an attempt to cause delay, unduly burden the other party, or unduly burden the Court.

The parties respectfully request that the Court grant the Joint Motion to Extend Case Deadlines by ninety (90) days and modify the Court's Second Amended Scheduling Order, and for such other and further relief as the Court deems appropriate.

Date: October 28, 2025

Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

**OF COUNSEL:**
Georgia L. Lucier
State Bar No. 24043523
Federal Bar No. 589122
Raymond G. Randle, Jr.
State Bar No. 24004873
Federal Bar No. 231,55
600 Travis Street, Suite 4200
Houston, Texas 77002
Tel: (713) 220-4772
Fax: (713) 238-7403
*georgialucier@hunton.com*
*raymondrandle@hunton.com*

By: */s/ Thomas W. Taylor*
     Thomas W. Taylor
     State Bar No. 19723875
     Federal Bar No. 3906
     600 Travis Street, Suite 4200
     Houston, Texas 77002
     Tel: (713) 220-4772
     Fax: (713) 238-7403
     *ttaylor@hunton.com*

**Attorney-In-Charge for Defendant,**
**BP EXPLORATION & PRODUCTION INC.**

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

By: */s/ Kelly C. Hartmann\**
    Kelly C. Hartmann
    State Bar No. 24055631
    Federal Bar No. 777411
    Denise N. Lambert
    State Bar No. 24066400
    Federal Bar No. 3479840
    Trenton J. Wallis
    State Bar No. 24113454
    Federal Bar No. 3412033
    1301 McKinney Street, Suite 1400
    Houston, Texas 77010
    Tel: (713) 599-0700
    Fax: (713) 599-0777
    *khartmann@gallowaylawfirm.com*
    *dlambert@gallowaylawfirm.com*
    *twallis@gallowaylawfirm.com*

**Attorneys for Defendant, ENSCO OFFSHORE, LLC**

*\*signed by permission*

**MORROW & SHEPPARD LLP**

By: */s/ Michael R. Null\**
    Michael R. Null
    Attorney-In-Charge
    State Bar No. 24126251
    Federal Bar No. 3766415
    Nicholas A. Morrow
    State Bar No. 24051088
    Federal Bar No. 611443
    John D. Sheppard
    State Bar No. 24051331
    Federal Bar No. 635193
    Daniel E. Sheppard
    State Bar No. 24103929
    Federal Bar No. 24103929
    5151 San Felipe Street, Suite 100
    Houston, Texas 77056
    Tel: (713) 489-1206
    Fax: (713) 893-8370
    *msfiling@morrowsheppard.com*
    *nmorrow@morrowsheppard.com*
    *jsheppard@morrowsheppard.com*
    *dsheppardgmorrowsheppard.com*
    *mnull@morrowsheppard.com*

**Attorneys for Plaintiff, MATTHEW THIBEAULT**

*\*signed by permission*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2025, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Southern District of Texas using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Georgia L. Lucier*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 27 and October 28, 2025, counsel conferred via electronic correspondence regarding the substance of the relief requested, and all parties are in agreement as to the relief requested.

/s/ *Georgia L. Lucier*